IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NIKKI LEE, | 8:13CV342 |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This mater is before the Court sua sponte.  Mr. Lee has a pending criminal case[1] in the Eastern District of Wisconsin that directly relates to this case.  As a result, the court finds this case should be transferred to the Eastern District of Wisconsin.  See 28 U.S.C. § 1404(a).

THEREFORE, IT IS ORDERED:

1.   This case is transferred to the Eastern District of Wisconsin.  The Clerk of Court shall effectuate all paperwork and forward this case to the Eastern District of Wisconsin.

2.   The Clerk of Court is ordered to statistically close this case.

Dated this 25th day of November, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

[1] The indictment in Wisconsin charges Mr. Lee with various counts of fraud.  In the case before this court in Nebraska, Mr. Lee is asking for rulings related to the property seized in the criminal fraud case.